CLARK V. VELLIS
State Bar No. 5533
MOLLY MALONE REZAC
State Bar No. 7435
JONES VARGAS
100 West Liberty Street, 12th Floor
PO Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000

Attorneys for Defendant
TARGET CORPORATION dba TARGET STORES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

EVELYN HENDERSON,

  Plaintiff,

vs.

TARGET CORPORATION, dba TARGET STORES and DOES I-X,

  Defendants.

CASE NO. 3:05-cv-693-BES-VPC

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

It is hereby stipulated by and between Plaintiff EVELYN HENDERSON and her attorney of record, Mark Mausert, and Defendant TARGET CORPORATION, dba TARGET STORES, and its attorneys of record, Clark Vellis and Molly Rezac of Jones Vargas, that the action entitled <u>Evelyn Henderson v. Target Corporation, dba Target Stores</u>, Case No. 3:05-cv-693-BES-VCP in

///
///
///
///
///
///
///
///
///

1

H:\mdm\Target\Henderson\Pleadings\Stip to Dismiss.doc

the United States District Court, District of Nevada, be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 11th day of June, 2007.

JONES VARGAS

_____
CLARK V. VELLIS
State Bar No. 5533
MOLLY MALONE REZAC
State Bar No. 7435
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281

Attorneys for Defendant
TARGET CORPORATION dba TARGET STORES

_____
MARK MAUSERT
930 Evans Avenue
Reno, NV 89512

Attorney for EVELYN HENDERSON

IT IS SO ORDERED.

DATED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

JONES VARGAS
100 West Liberty Street - Twelfth Floor
PO Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177